15 So.2d 114

### Gerald Churchill MACKRETH v. Earl R. WILSON, Warden.

3 Div. 398.

Supreme Court of Alabama.

June 30, 1943.

Rehearing Denied Oct. 14, 1943.

Walter S. Smith, of Birmingham, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Gerald Churchill Mackreth for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mackreth v. Wilson, 15 So.2d 112.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.

R. S. Ward, of Geneva, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Reference to the opinion of the Court of Appeals will disclose the fact that it deals with no specific questions of error, states no propositions of law; the sum and substance of the opinion is that there is no error in the record. Under the rule heretofore observed by this court in cases of this kind—i. e., applications for certiorari to the Court of Appeals—the application in this case presents nothing that can be reviewed in this court. Simpson v. State, 214 Ala. 176, 106 So. 898; Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

All the Justices concur, except BOUL-DIN, J., not sitting.

On Rehearing.

PER CURIAM.

Rehearing overruled.

GARDNER, C. J., and THOMAS, BOULDIN, BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.

15 So.2d 281

### ADAMS v. STATE.

4 Div. 298.

Supreme Court of Alabama.

Oct. 14, 1943.